KUANG-BAO P. OU-YOUNG
1362 Wright Avenue
Sunnyvale, California 94087
(408) 234-2371
kbouyoung@yahoo.com

Plaintiff Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

NOTICE OF CONSTITUTIONAL QUESTION

Pursuant to Federal Rule of Civil Procedure 5.1, plaintiff Kuang-Bao P. Ou-Young hereby gives notice that the following complaint raises question of constitutional validity as to the Criminal Justice Act of 1964 – 18 U.S.C. § 3006A as well as 18 U.S.C. §§ 4241-4248.

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>                 Plaintiff,<br><br>        vs.<br><br>EDWARD LEAVY, Senior Circuit Judge, United States Court of Appeals for the Ninth Circuit; CONSUELO M. CALLAHAN, Circuit Judge, United States Court of Appeals for the Ninth Circuit; CARLOS T. BEA, Circuit Judge, United States Court of Appeals for the Ninth Circuit,<br><br>                 Defendants. | Case No.<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

**INTRODUCTION**

1.      On May 2, 2017, the U.S. attorney's office for the northern district of California instituted a criminal case against plaintiff (Case No. 3:17-cr-00263-MMC). This complaint stems from an unconstitutional decision by defendants in order to sustain illegitimate orders issued by senior district judge Maxine M. Chesney in the criminal case.

Complaint - 1 of 5

## JURISDICTION AND VENUE

2. This action raises questions under provisions of the Federal Tort Claims Act in 28 U.S.C. §§ 2671-2680. This Court has original jurisdiction over these claims under 28 U.S.C. § 1346(b). This Court has authority to award the requested declaratory relief under 28 U.S.C. §§ 2201-02, the requested injunctive relief under 28 U.S.C. § 1343(a)(4), the requested damages under 28 U.S.C. § 1343(a)(4), and legal costs under 42 U.S.C. § 1988.

3. Venue is proper under 28 U.S.C. § 1391(b)(2) in the northern district of California because a substantial part of the actions giving rise to this case occurred within the district.

## INTRADISTRICT ASSIGNMENT

4. Pursuant to Civil L.R. 3-2(c) and (e), this is a civil rights case, in a non-excepted category, suitable for assignment to the San Jose division since it is where the U.S. attorney's office filed the original criminal case.

## PARTIES

5. Plaintiff Kuang-Bao P. Ou-Young is a resident of Santa Clara County.

6. Defendant Edward Leavy is a senior circuit judge at U.S. Court of Appeals for the Ninth Circuit ("Ninth Circuit").

7. Defendant Consuelo M. Callahan is a circuit judge at the Ninth Circuit.

8. Defendant Carlos T. Bea is a circuit judge at the Ninth Circuit.

## FACTURAL BACKGROUND

9. On May 2, 2017, the U.S. attorney's office filed a complaint to institute a criminal action against plaintiff (Case No. 3:17-cr-00263-MMC) at the San Jose courthouse.

10. On May 11, 2017, the U.S. attorney's office filed the indictment in said criminal case.

Complaint - 2 of 5

11.     On October 31, 2018, judge Chesney dismissed the indictment in the criminal case without prejudice.

12.     On February 1, 2019, plaintiff filed a third motion to dismiss and accompanying motions in the criminal case. The third motion to dismiss challenged the constitutionality of 18 U.S.C. §§ 3006A, 4241-4248.

13.     On February 15, 2019, judge Chesney vacated the hearing on the third motion to dismiss and accompanying motions.

14.     On February 22, 2019, judge Chesney denied the third motion to dismiss and accompanying motions.

15.     On February 27, 2019, plaintiff moved for preliminary injunction in the criminal case.

16.     The next day, judge Chesney denied the motion for preliminary injunction.

17.     On March 18, 2019, plaintiff filed a notice of appeal from the October 31, 2018 order dismissing the indictment in the criminal case without prejudice, ¶ 11.

18.     On March 21, 2019, the Ninth Circuit issued an order to show cause questioning the timeliness of the appeal.

19.     On March 27, 2019, plaintiff filed a fourth motion to dismiss and accompanying motions in the criminal case. The fourth motion to dismiss again challenged the constitutionality of 18 U.S.C. §§ 3006A, 4241-4248.

20.     Judge Chesney denied the fourth motion to dismiss and accompanying motions on April 1, 2019.

21.     On April 8, 2019, plaintiff responded to the order to show cause from the Ninth Circuit, ¶ 18. At the same time, plaintiff moved the Ninth Circuit for certification to the Supreme Court as to the constitutionality of 18 U.S.C. §§ 3006A, 4241-4248.

Complaint - 3 of 5

22.     On April 10, 2019, the U.S. attorney's office answered plaintiff's response to the order to show cause and opposed the motion for certification to the Supreme Court.

23.     Also on April 10, 2019, plaintiff filed a fifth motion to dismiss and accompanying motions in the criminal case. The fifth motion to dismiss still challenged the constitutionality of 18 U.S.C. §§ 3006A, 4241-4248.

24.     Judge Chesney denied the fifth motion to dismiss and accompanying motions on April 19, 2019.

25.     On April 24, 2019, plaintiff filed a reply in support of the April 8, 2019 motion for certification to the Supreme Court, ¶ 22.

26.     On May 1, 2019, plaintiff filed an emergency motion with the Ninth Circuit for summary reversal of judge Chesney's denial of the fifth motion to dismiss and accompanying motions, ¶ 24. At the same time, plaintiff moved the Ninth Circuit for summary judgment on his April 8, 2019 motion for certification to the Supreme Court, ¶ 21.

27.     The U.S. attorney's office opposed the motion for summary reversal as well as the motion for summary judgment on said motion for certification on May 7, 2019.

28.     Plaintiff filed a reply in support of both the motion for summary reversal and the motion for summary judgment on said motion for certification on May 15, 2019.

29.     Judge Leavy, judge Callahan, and judge Bea dismissed plaintiff's March 18, 2019 appeal, ¶ 17, on May 29, 2019.

**CLAIM**

c1.     <u>Claim 1 Civil Rights Violation</u>: The fifth motion to dismiss in the criminal case challenged the constitutionality of 18 U.S.C. §§ 3006A, 4241-4248 because said statutes deny plaintiff the Fifth Amendment privilege against self-incrimination and the Sixth Amendment right to self-representation. Judge Chesney has denied the fifth motion to dismiss all by herself,

Complaint - 4 of 5

thereby violating 28 U.S.C. § 2284(b)(3). On March 29, 2019, judge Leavy, judge Callahan, and judge Bea dismissed plaintiff's March 18, 2019 appeal and denied both the motion for summary reversal and the motion for certification to the Supreme Court. In doing so, said judges have deprived plaintiff of both the Fifth Amendment privilege against self-incrimination and the right to self-representation under the Sixth Amendment.

**REQUEST FOR RELIEF**

WHEREFORE, plaintiff respectfully requests that the Court enter judgment against all defendants and provide plaintiff with the following relief:

1.  A declaratory judgment that judge Leavy, judge Callahan, and judge Bea have deprived plaintiff of both the Fifth Amendment privilege against self-incrimination and the Sixth Amendment right to self-representation with their May 29, 2019 dismissal order.

2.  Monetary damages in the amount of $200,000,000.00 against judge Leavy, $200,000,000.00 against judge Callahan, and $200,000,000.00 against judge Bea.

3.  Plaintiff's reasonable costs and expenses of this action in accordance with 42 U.S.C. § 1988 and other applicable law.

4.  All other further relief to which plaintiff may be entitled.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues for which a right to jury trial exists.

Respectfully submitted this 11th day of October 2019.

*Kuang-bao Ou-young*

KUANG-BAO P. OU-YOUNG
1362 Wright Avenue
Sunnyvale, California 94087
(408) 234-2371
kbouyoung@yahoo.com

Plaintiff

Complaint - 5 of 5