United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KUANG-BAO P. OU-YOUNG,

Plaintiff,

v.

EDWARD LEAVY, et al.,

Defendants.

Case No. 19-CV-07232-LHK

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned.

Any pending dates are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: November 6, 2019

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No. 19-CV-07232-LHK
ORDER OF RECUSAL