Name: Kuang-Bao Ou-Young

Address: 1362 Wright Avenue

Sunnyvale, CA 94087

Phone Number: (408) 234-2371

E-mail Address: kbouyoung@yahoo.com

*Pro Se*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Kuang-Bao P. Ou-Young,

                    Plaintiff,

vs.

Edward Leavy, et al.,

                    Defendant.

Case Number: 19-cv-7232EJD

[~~PROPOSED~~] ORDER GRANTING
MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing.  Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: November 25, 2019

_____
United States District/Magistrate Judge