United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KUANG-BAO PAUL OU-YOUNG,

Plaintiff,

v.

EDWARD LEAVY, et al.,

Defendants.

Case No.  5:19-cv-07232-EJD

**ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT AND VACATING HEARING**

Re: Dkt. No. 24

In accordance with General Order 72, the motion to disqualify counsel (Dkt. No. 24) noticed for April 23, 2020 at 9:00 a.m. has been taken under submission without oral argument pursuant to Civil Local Rule 7-1(b).  The April 23, 2020 hearing date is VACATED.

**IT IS SO ORDERED.**

Dated: March 19, 2020

EDWARD J. DAVILA
United States District Judge

CASE NO.: 5:19-CV-07232-EJD
ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT AND VACATING HEARING

1