UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>             Plaintiff-Appellant,<br><br>   v.<br><br>EDWARD LEAVY, Senior Circuit Judge United States of Appeals for the Ninth Circuit, and as an individual; et al.,<br><br>             Defendants-Appellees. | No.   20-15691<br><br>D.C. No. 5:19-cv-07232-EJD<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before:  Peter L. Shaw, Appellate Commissioner.

The motion for summary reversal of the district court's judgment (Docket Entry No. 4) is denied without prejudice to renewing the arguments in the opening brief.  *See* 9th Cir. R. 3-6.

Appellant's request to reinstate appeal No. 19-17031 (contained in Docket Entry No. 4) is denied.  Appeal No. 19-17031 was dismissed because appellant did not file the opening brief.  Appellant has not yet filed the opening brief in No. 19-17031.

The opening brief in 20-15691 remains due June 24, 2020.

Because appellant is proceeding without counsel, the excerpts of record requirement is waived.  *See* 9th Cir. R. 30-1.2.

AT/MOATT